ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
Oct 21, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAFAEL MARCELO VILLAFRANCA MALDANADO,

Defendant.

CASE NO. 2:26-CR-00173-DJC

[~~PROPOSED~~] ORDER TO FILE REDACTED COPY OF INDICTMENT

The government's motion to unseal portions of the indictment and keep any reference to the other defendants sealed, and to file a redacted copy of the sealed indictment is GRANTED.

DATED: October 21, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE